UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
MICHAELA MILLER, JENNIFER BLEIWEISS :
and SARAH HICKS, individually and on behalf :
of all other similarly-situated Plaintiffs, :
: 
                              Plaintiff, :
: Civil Action No.: 14-CV-7981 (PAC)
        v. :
:
978 SECOND PUB, INC., D/B/A THE IRISH :
EXIT, JOHN SULLIVAN, DOE :
CORPORATIONS I through X, inclusive, and :
DOE LIMITED LIABILITY COMPANIES I :
through X, inclusive, :
:
                              Defendants. :
:
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-15

## ~~PROPOSED~~ ORDER GRANTING APPROVAL OF SETTLEMENT OF FAIR LABOR STANDARDS ACT CLAIMS

WHEREAS, on October 6, 2014, the Complaint was filed in the above-captioned action by Michaela Miller, Jennifer Bleiweiss and Sarah Hicks, and was styled as a class and collective action;

WHEREAS, on December 1, 2014, Defendants filed an Answer, denying the causes of action alleged in the Complaint;

WHEREAS, on March 27, 2015, the parties entered into a settlement agreement (the "Settlement Agreement") that was the result of contested litigation and substantial arms-length negotiation including, but not limited to, two mediations;

WHEREAS, all aspects of the Settlement Agreement pertain only to the 3 named Plaintiffs' claims, and 2 additional opt-in Plaintiffs also represented by Wigdor LLP

1

(collectively, "Plaintiffs"), and do not involve or in any way relate to the resolution of any class claims;

WHEREAS, on June 23, 2015, the Parties submitted a joint letter detailing the adequacy of the Settlement Agreement ("Joint Letter") relating to Plaintiffs' claims under the Fair Labor Standards Act ("FLSA");

WHEREAS, on July 21, 2015, the Parties appeared before the Court to seek approval of the Settlement Agreement;

WHEREAS, on August 3, 2015, the Parties submitted the revised and fully-executed Agreement for the Court's approval; and

WHEREAS, the Court has reviewed the Settlement Agreement and the Joint Letter.

**IT IS HEREBY ORDERED THAT:**

1. This Court approves the Settlement Agreement regarding Plaintiffs' FLSA claims and all terms related thereto as set forth in the Settlement Agreement, and finds that the Settlement Agreement is, in all respects, a fair, reasonable, and adequate resolution of Plaintiffs' FLSA claims.

2. This Court further approves the payments to Plaintiffs' counsel for attorneys' fees and expenses of $75,000.00.

3. The Parties having so agreed, good cause appearing, and there being no just reason for delay, this is hereby entered as a final order approving the resolution of the FLSA claims and the payment of attorneys' fees and costs in the Settlement Agreement and dismissing the entire action.

Dated: August 5, 2015
New York, NY

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE